United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-838 |
| MOHELA DEEPT OF ED § | |

### ORDER IMPOSING SANCTIONS FOR FAILURE TO APPEAR
### AND REQUIRING COMPLIANCE WITH BANKRUPTCY RULE 9036

On May 17, 2024, the Court issued its Order requiring the above referenced entity to appear at a status conference on June 13, 2024. Electronic appearance was permitted. On June 13, 2024, the Court called this matter for a hearing and there was no appearance.

The purpose of this proceeding is to assure that bankruptcy notices and orders are properly delivered to parties-in-interest in bankruptcy cases in accordance with Bankruptcy Rule 9036. The named entity was allowed to obviate the need for the hearing merely by complying with Bankruptcy Rule 9036 and registering for electronic noticing. However, no statement of compliance has been filed in this miscellaneous proceeding.

The Court orders:

1. A sanction for failure to appear is imposed against the above-referenced entity. The purpose of the sanction is to coerce compliance with Bankruptcy Rule 9036. The amount of the sanction is $100.00 per day. The first sanction will be imposed on September 6, 2024 and will be imposed daily (including weekends) until the above referenced entity complies with Bankruptcy Rule 9036. The sanction is payable to the clerk of the Court.

2. The above-referenced entity is ordered to comply with Bankruptcy Rule 9036.

3. The sanctions imposed by this order will be waived if the above referenced entity files a notice of compliance on this proceeding's docket sheet by August 30, 2024. Otherwise, the sanctions will continue to be imposed on a daily basis and will not be waivable.

SIGNED 06/13/2024

Marvin Isgur
United States Bankruptcy Judge